IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**BETH ANN MCGINNIS,**

    **Plaintiff,**

**v.**                                      **CIVIL ACTION NO. 1:14CV151**
                                                  **(Judge Keeley)**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION (DKT. NO. 13)

Pending before the Court is the Report and Recommendation of United States Magistrate Michael John Aloi ("R&R") (dkt. no. 13), dated November 10, 2015. Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, failure to file objections to the R&R permits a district court to review the recommendation under standards that the court believes are appropriate; under these circumstances, the parties' right to *de novo* review is waived. See <u>Webb v. Califano</u>, 468 F.Supp. 825 (E.D. Cal. 1979). Here, no objections have been filed, and the Court will review the R&R for clear error.

Following review of the R&R and the record, it is the opinion of this Court that the Magistrate Judge's R&R (dkt. no. 13) should be, and, is, hereby **ORDERED ADOPTED** for the reasons more fully stated therein. Therefore, the Court

**MCGINNIS V. COMMISSIONER OF SOCIAL SECURITY**                      **1:14CV151**

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

1. **GRANTS** the defendant's motion for Summary Judgment (dkt. no. 10);

2. **DENIES** the plaintiff's motion for Summary Judgment (dkt. no. 9); and

3. **DISMISSES** this civil action **WITH PREJUDICE;** and

4. **ORDERS** it **STRICKEN** from the active docket of this Court.

The Court directs the Clerk of Court to enter judgment in favor of the defendant.

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Order to all counsel of record.

DATED: December 2, 2015.

                                              /s/ Irene M. Keeley
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE